FILED

08/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0324

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-24-0324

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; LIZ AMETSBOSCHLER; DANNY CHORIKI; JEREMY DRAKE; AVIV GUSCIO; KATIE HARRISON; YOUPA STEIN; MARY STRANAHAN; JAN SWANSON; TOMAS WALDORF, <br><br> *Plaintiffs/Appellees* <br><br> vs. <br><br> STATE OF MONTANA, <br><br> *Defendant/Appellant* | **ORDER** |

Plaintiffs/Appellees Cottonwood Environmental Law Center, Liz Ametsboschler, Danny Choriki, Jeremy Drake, Aviv Guscio, Katie Harrison, Youpa Stein, Mary Stranahan, Jan Swanson, and Tomas Waldorf (collectively "Appellees") moved for a 30-day extension of time to file their response brief.

Defendant/Appellant State of Montana does not oppose the motion. Appellees' motion is granted.

Appellees shall file their response brief on or before October 7, 2024.

Dated this _____ day of _____, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 26 2024